E-FILED
Friday, 05 December, 2025 11:27:25 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

UNITED STATES OF AMERICA, et al.
*Plaintiff*
v.
HEALTH ALLIANCE MEDICAL PLANS, INC., et al.
*Defendant*

Case No. 25-cv-02290-CSB-EIL

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Health Alliance Medical Plans, Inc. and Health Alliance Connect, Inc. .

Date: 12/04/2025

/s/ Amanda J. Hamilton
*Attorney's signature*

Amanda J. Hamilton #6306098
*Printed name and bar number*

Akerman, LLP
71 S. Wacker Drive
47th Floor
Chicago, IL 60606
*Address*

amanda.hamilton@akerman.com
*E-mail address*

(312) 634-5700
*Telephone number*

*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, et al. )
*Plaintiff* )
v. ) Case No. 25-cv-02290-CSB-EIL
HEALTH ALLIANCE MEDICAL PLANS, INC., et al. )
*Defendant* )

CERTIFICATE OF SERVICE

I certify that on 12/04/2025, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

All attorneys of record,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

N/A.

/s/ Amanda J. Hamilton
*Attorney's signature*

Amanda J. Hamilton #6306098
*Printed name and bar number*

Akerman, LLP
71 S. Wacker Drive
47th Floor
Chicago, IL 60606
*Address*

amanda.hamilton@akerman.com
*E-mail address*

(312) 634-5700
*Telephone number*

*Fax number*

Print Save As... Reset